# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Feuerstein, Sandra J. | U.S. District Court, E.D.N.Y. | 05/29/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. District Court
1014 Federal Plaza
Central Islip, New York, 11722

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feuerstein, Sandra J. | 05/29/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | NYS Vested Pension Plan; Monthly Payments Vary | $103,131.08 |
| 2. 2019 | Judicial Retirees & Survivors; Monthly Payments Vary | $210,658.33 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Feuerstein, Sandra J.** | 05/29/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Feuerstein, Sandra J.** | 05/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Charles Schwab (H) | | | | | | | | | |
| 2. -Cash | A | Interest | M | T | | | | | |
| 3. -Blackrock Credit Strateg (BMSIX) | C | Dividend | | | Sold | 10/30/19 | L | A | |
| 4. -Blackrock Strat INCM (BSIIX) | C | Dividend | M | T | | | | | |
| 5. -Charles Schwab US MC (SCHM) | A | Dividend | K | T | Sold (part) | 04/04/19 | J | A | |
| 6. -Cohen & Streets LTD DUR P (LDP) | A | Dividend | | | Sold | 04/04/19 | K | C | |
| 7. -Fidelity ADV LTD Term BD (EFIPX) | D | Dividend | M | T | | | | | |
| 8. -Ishare Short Maturity (NEAR) | D | Dividend | | | Sold | 04/04/19 | J | A | |
| 9. -Ishare Short Maturity (NEAR) | D | Dividend | | | Sold (part) | 04/04/19 | M | A | |
| 10. -Ishare Short Maturity (NEAR) | D | Dividend | | | Sold | 10/30/19 | M | A | |
| 11. -JP Morgan INCM I (JMSIX) | B | Dividend | M | T | | | | | |
| 12. -Western Asset Core BD FD (WATFX) | D | Dividend | N | T | | | | | |
| 13. -American FD New World (NFFFX) | A | Dividend | K | T | Buy | 01/01/19 | K | | |
| 14. -T Rowe Price Blue Chip (TBCIX) | A | Dividend | M | T | Sold (part) | 04/04/19 | J | C | |
| 15. -Vanguard Equity Income (VEIRX) | D | Dividend | M | T | Sold (part) | 04/04/19 | J | A | |
| 16. -Congress MID CAP GWTH | A | Dividend | K | T | Sold (part) | 04/04/19 | J | A | |
| 17. Interest bearing accounts (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feuerstein, Sandra J. | 05/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Citibank checking | A | Interest | M | T | | | | | |
| 19. -JP Morgan saving | A | Interest | M | T | | | | | |
| 20. -Capital One cert. of deposit | D | Interest | N | T | | | | | |
| 21. Fidelity (H) | | | | | | | | | |
| 22. -Elements International Port (ELINX) | D | Dividend | M | T | | | | | |
| 23. -Fidelity Treasury Money Market Fund (FZFXX) | D | Dividend | N | T | | | | | |
| 24. -FIMM Treasury Only Portfolio: INSTL CL (FRSXX) | B | Dividend | M | T | | | | | |
| 25. -Ishares Russell 1000 Growth ETF (IWF) | B | Dividend | M | T | | | | | |
| 26. -Wisdomtree TR US Quality Divid Growth FD (DGRW) | C | Dividend | M | T | | | | | |
| 27. -Fidelity #2 (H) | | | | | | | | | |
| 28. -Fidelity Treasury Money Market Fund (FZFXX) | A | Dividend | L | T | | | | | |
| 29. -Metropolitan Transn Auth N Y Rev YTT6 | A | Interest | J | T | | | | | |
| 30. -Metropolitan Transn Auth N Y Rev ANS2 | A | Interest | K | T | | | | | |
| 31. -New York Convention CTR Dev 1CS8 | A | Interest | K | T | Buy | 11/15/19 | K | | |
| 32. -New York N Y City MUN WTR FIN FJ98 | B | Interest | | | Redeemed | 07/02/19 | L | | |
| 33. -New York N Y City Transitional FIN QAQ6 | C | Interest | L | T | | | | | |
| 34. -New York N Y City Transitional FIN QXU2 | A | Interest | J | T | Buy | 11/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feuerstein, Sandra J. | 05/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -New York N Y GO BDS SER.Fiscal 2012 JD94 | A | Interest | K | T | | | | | |
| 36. -New York N Y GO BDS SER.H KRY1 | A | Interest | J | T | | | | | |
| 37. -New York N Y GO REF BDS SER.Fiscal 2010 HNT3 | A | Interest | J | T | | | | | |
| 38. -New York ST Dorm Auth Sales Tax Rev ABS3 | A | Interest | K | T | | | | | |
| 39. -New York ST Dorm Auth ST Pers Income EDF1 | B | Interest | K | T | | | | | |
| 40. -New York ST Dorm Auth ST Pers Income EFB8 | B | Interest | K | T | | | | | |
| 41. -New York ST Dorm Auth ST Pers Income FCA0 | A | Interest | | | Redeemed | 02/15/19 | K | | |
| 42. -New York ST Environmental FACS AV32 | A | Interest | K | T | | | | | |
| 43. -New York ST Environmnetal FACS A3E9 | B | Interest | K | T | | | | | |
| 44. -New York St GO BDS SER 2009C 1AT7 | B | Interest | L | T | | | | | |
| 45. -New York ST GO BDS SER. 2011E 1FY | A | Interest | K | T | | | | | |
| 46. -New York ST TWY Auth ST Pers Income Tax 8TC7 | B | Interest | K | T | | | | | |
| 47. -New York ST Urban DEV Corp Rev Income 5N38 | B | Interest | L | T | | | | | |
| 48. -Port Auth NY & NJ Consolidated BDS WHP2 | A | Interest | K | T | | | | | |
| 49. -Port Auth NY & NJ Consolidated BDS WJM7 | B | Interest | K | T | | | | | |
| 50. -Sales tax Asset Receivable Corp NY 5FP9 | B | Interest | K | T | | | | | |
| 51. -Suffolk CNTY NY WTR Auth WTRWKS REV 4DJ9 | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feuerstein, Sandra J. | 05/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | -Triborough Bridge & Tunel Auth NY REVS NWS9 | B | Interest | K | T | | | | | |
| 53. | -Triborough Bridge & Tunel Auth NY REVS NZG2 | A | Interest | J | T | | | | | |
| 54. | -Utility Debt Securitization Auth RAG4 | A | Interest | K | T | | | | | |
| 55. | Fidelity #3 (H) | | | | | | | | | |
| 56. | -Doubleline Total Return Bond FD CI | B | Dividend | L | T | | | | | |
| 57. | -TCG BDC INC Com | D | Dividend | L | T | | | | | |
| 58. | -Pax World Global Green Fund-Inst'l | B | Dividend | K | T | | | | | |
| 59. | | | | | | | | | | |
| 60. | | | | | | | | | | |
| 61. | | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Feuerstein, Sandra J.** | 05/29/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Feuerstein, Sandra J. | 05/29/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sandra J. Feuerstein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544